# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TIFFINY L. NEAL,

          Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

          Defendant.

Case No. 18-CV-1505-JPS

**ORDER**

On September 27, 2018, the Court ordered Plaintiff to file an amended motion for leave to proceed *in forma pauperis*, or simply pay the filing fee, no later than October 18, 2018. (Docket #3). The Court warned that her failure to do so would result in dismissal of this action. *Id.* That date has passed and the Court has not received the filing fee, an amended motion, or any other communication from Plaintiff. This matter will, therefore, be dismissed without prejudice.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 25th day of October, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge